PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Wayne Winner        **Docket Number:** 04-00425-001
                                          **PACTS Number:** 39752

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
                                         UNITED STATES DISTRICT JUDGE

**date of Original Sentence:** 12/21/2004

**Original Offense:** BANK ROBBERY BY FORCE OR VIOLENCE

**Original Sentence:** 78 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release        **Date Supervision Commenced:** 03/08/10

**Assistant U.S. Attorney:** Courtney Olivia, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** K Anthony Thomas, 1002 Broad Street, Newark, New Jersey 07102, (973)645-6347

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'  Winner was arrested by the Nutley police department on January 10, 2013 for possession of an air soft pistol with the orange tip removed. A search of the vehicle revealed a backpack containing a black baseball style hat, a gray neck warmer hat, and brown wool gloves, all of which matched the attire of a suspect in a Clifton bank robbery. Also in the bag was a yellow shopping bag which was also used by the suspect. The offender is being charged with bank robbery. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly  Maureen Kelly
Senior U.S. Probation Officer
Date: 1/10/13

PROB 12C - Page 2
Wayne Winner

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

16 JANUARY 2013
Date